PROB 18
(REV. 8/2/2010)

UNITED STATES DISTRICT COURT
FOR
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Davis 5:15-CR-30-1D

TO: ¹U.S. Marshal or Other Qualified Officer.

### WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

NAME:

Joshua Davis

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| United States District Judge R. Allan Edgar | December 7, 2006 |

TO BE BROUGHT BEFORE:

United States District Judge James C. Dever III

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Peter A. Moore, Jr. | Crystal Inkens | 10/25/2018 |

### RETURN

WARRANT RECEIVED AND EXECUTED

DATE RECEIVED: 10/26/18

DATE EXECUTED: 10/29/18

EXECUTING AGENCY (NAME AND ADDRESS)

USMS - Raleigh, NC

NAME: P. Davis, DUSM    BY: S. Tanner, USMS    DATE: 10/29/18

¹Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

FILED

OCT 30 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Case 5:15-cr-00030-D   Document 10   Filed 10/30/18   Page 1 of 1