UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00030-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA AARON DAVIS | **ORDER** |

This matter is come before the Court on an unopposed motion of the Office of the Federal Public Defender to continue the supervised release revocation hearing of the Defendant, and for good cause shown, the motion is GRANTED and the supervised release revocation hearing continued to the date set for sentencing in 5:18-CR-457-D.

The court finds that the ends of justice served by the granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. Any delay shall be excluded from speedy trial computation. 18 U.S.C. § 3161(h)(7)(A).

This 29 day of November, 2018.

JAMES C. DEVER III
United States District Judge